# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131969
(79)

RONALD SWEATT, LYDIA SWEATT,
and MOTOR CITY III, L.L.C.,
        Plaintiffs-Appellants,

v

        SC: 131969
        COA: 259272
        Oakland CC: 1999-016379-CK

EDWARD GARDOCKI,
        Defendant-Appellee,
and

ROBERT KATZMAN,
        Defendant.

_____/

      On order of the Court, the motion for reconsideration of this Court's June 26, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007                                                           
                                             Clerk

l0830